is confinement in the state penitentiary for two years.

This is a companion case to that of Antone Spivey v. State, 143 S.W.2d 386. The same grounds are presented here for a reversal of the judgment as in that case, and for the reasons therein stated the judgment of the trial court in the instant case is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

On Rehearing.

BEAUCHAMP, Judge.

The state's motion for rehearing in this case has been fully considered. We are of the opinion that the case was properly disposed of on original hearing and that nothing new has been presented which requires further written opinion.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for ten years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

On Motion for Rehearing.

KRUEGER, Judge.

We have re-examined the record in the light of the motion for rehearing filed by appellant and reached the conclusion that the proper disposition of the appeal was made upon the original submission. The motion is therefore overruled.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**MEADOWS v. STATE.**

No. 21151.

Court of Criminal Appeals of Texas.

June 12, 1940.

Rehearing Denied Oct. 16, 1940.

Ted Chilcote, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.